**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00353-CV**

_____

**J. CARTER PROPERTIES, L.L.C. AND JENNIFER E. CARTER,**
**Appellants**

**V.**

**J.C. CARTER, INC., Appellee**

On Appeal from the 457th District Court
Montgomery County, Texas
Trial Cause No. 22-03-02787-CV

**MEMORANDUM OPINION**

J. Carter Properties, L.L.C. and Jennifer E. Carter, Appellants, filed an unopposed motion to dismiss this accelerated appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellants filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

1

APPEAL DISMISSED.

PER CURIAM

Submitted on December 7, 2022
Opinion Delivered December 8, 2022

Before Kreger, Horton and Johnson, JJ.